# United States Bankruptcy Court
## Central District of California

Riverside

Judge Meredith Jury, Presiding

Courtroom 301 Calendar

**Wednesday, August 25, 2010**      Hearing Room 301

---

<u>1:30 pm</u>      **Chapter 13**

**6:10-28500**    **Modesto Mayorga and Maria Elena Mayorga**

#158.00    Motion for Valuation of Security, Determination of Secured Status, Avoidance of Lien and Modification of Rights of Lienholder Chase; and Permission to be Excused from Making Further Post-Petition Mortgage Payments to Respondent, Chase, the Second Deed of Trust Holder Only, It's Assignees, Transferees and/or Successor(s) in Interest
Mtn/ntc/p&a's/decl(s) fld 8-5-10 - L Bishop Austin & Associates **[ECF]**
Decl fld 8-10-10 - L Bishop Austin & Associates **[ECF]**

Docket #: 21

**Matter Notes:**

PLAINTIFFS/MOVANTS:      DEFENDANTS/RESPONDENTS:

( ) Granted     ( ) Denied     ( ) Dismissed

( ) Stipulation by the parties with respect to relief sought to be filed with the court within 7 days

( ) Continuance - hearing on motion is continued to _____
at _____ am / pm

(X) Off calendar

( ) Other

( ) ORDER TO FOLLOW  ( ) TO BE LODGED
( ) NO LODGEMENT NECESSARY

( ) WALK THROUGH     ( ) CHAMBER'S ORDER

# United States Bankruptcy Court
## Central District of California

Riverside

Judge Meredith Jury, Presiding

Courtroom 301 Calendar

Wednesday, August 25, 2010            Hearing Room 301

**1:30 pm**
**Cont....**     Modesto Mayorga and Maria Elena Mayorga        Chapter 13

( ) CLERK'S ORDER VAN 153  [CHAPTER 13'S ONLY]

**Judge:**
EH _____

**Tentative Ruling:**
**LIEN STRIP DENY**

<u>Tentative Ruling</u>: The valuation motion will be denied without prejudice for the following reason:

Late service.

The hearing is not vacated. However, if movant does not appear at the hearing, the court will rule its tentative. If the reason for denial is the filing of opposition, appearance at the hearing is mandatory.

### Party Information

**Debtor(s):**
Modesto Mayorga           Represented By
                         Leroy Bishop Austin

**Joint Debtor(s):**
Maria Elena Mayorga           Represented By
                         Leroy Bishop Austin

**Movant(s):**
Maria Elena Mayorga           Represented By
                         Leroy Bishop Austin